[No. 69428-6-I.   Division One.   March 17, 2014.]

Zoya Spencer, *Appellant*, v. Robert Luton et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-05790-1, Patrick H. Oishi, J., entered September 10, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Lau, JJ.

[No. 69547-9-I.   Division One.   March 17, 2014.]

Radiance Capital, LLC, *Appellant*, v. Circle S Foods, Inc., et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-08075-7, Joan E. DuBuque, J., entered December 5, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 69564-9-I.   Division One.   March 17, 2014.]

The State of Washington, *Respondent*, v. Sudeshkumar S. Kothari, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07116-9, Mariane C. Spearman, J., entered October 26, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Schindler, JJ.

[No. 69612-2-I.   Division One.   March 17, 2014.]

Alex Ravikovich, *Appellant*, v. Robert Long et al., *Defendants*, V-Squared, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-19969-0, Michael J. Trickey, J., entered October 26, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Cox, JJ.